**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 04-20709-CR-UNGARO/SIMONTON**

**UNITED STATES OF AMERICA,**

            **Plaintiff,**

**vs.**

**ROBERTO RODRIGUEZ,**

           **Defendant.**
_____/

## ORDER EXTENDING DEFENDANT'S EVALUATION PERIOD BY FOUR MONTHS

**This matter was referred to the undersigned by the Honorable Ursula Ungaro, United States District Judge, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida (DE # 40).  The undersigned previously determined by a preponderance of the evidence that the Defendant was suffering from a mental disease or defect rendering him mentally incompetent to proceed in the instant matter, and committed the Defendant to the custody of the Attorney General for a four month evaluation period (DE # 47).  On July 9, 2009, the Court granted the Defendant's Unopposed Motion to Extend Defendant's Evaluation Period by Four Months and currently, the Attorney General's custody of the Defendant for evaluative purposes is scheduled to expire on November 7, 2009 (DE # 62).**

**On October 26, 2009, the undersigned received an interim report from the Federal Medical Center regarding the Defendant's current condition, and on November 2, 2009, the undersigned held a status conference on the matter.  At the conference, both Counsel for the Defendant and Counsel for the Government agreed, based upon the present report and Defense Counsel's communications with the Defendant, that there remains a substantial probability that in the foreseeable future the Defendant will**

become competent to proceed.  Therefore, they jointly requested that the Court extend the Defendant's commitment for another four (4) months to permit the Defendant to continue his treatment and attain competency.

Based upon the Report from the Federal Medical Center, the request of the Parties and the record as a whole, the undersigned finds that it is appropriate to extend the Defendant's period of commitment to the Attorney General for four (4) months, pursuant to 18 U.S.C. § 4241 (d) (2).

Accordingly,

**IT IS ORDERED** that the Parties' joint request is granted and pursuant to 18 U.S.C. § 4241(d)(2), the Defendant, Roberto Rodriguez, shall remain in the custody of the Attorney General for an additional four-month period, which shall expire on March 7, 2010.

**IT IS FURTHER ORDERED** that the Attorney General, through the United States Attorney's Office, shall continue to file monthly status reports concerning the Defendant's status.

**DONE AND ORDERED** in Miami, Florida, on November 2, 2009.

*Andrea M. Simonton*
_____
**HONORABLE ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies to:     All Counsel of Record
               Federal Detention Center
               U.S. Marshals Service
               Probation